# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MILWAUKEE BUREAU OF CHILD WELFARE,**
**guardian of M.F., a minor,**
        **Plaintiff,**

    v.                                                                      **Case No. 14-C-1090**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER

Plaintiff Milwaukee Bureau of Child Welfare, acting as the guardian of M.F., a minor, seeks judicial review of the denial of M.F.'s application for supplemental security income. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that the requirements of § 1915(a) are satisfied. The affidavit indicates that M.F.'s mother died on September 24, 2013, and since that time the Milwaukee Bureau of Child Welfare has been M.F.'s guardian, paying all of the expenses for her food, shelter, and clothing. M.F. currently resides in a group home, and she has no income or assets. Finally, plaintiff avers that it believes it is entitled to the relief sought in the complaint, and on review of the complaint the

court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed in forma pauperis (R. 4) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 9th day of September, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge